United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Hyun Woo Lee, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. H-26-5878 |
| | § | |
| United States Citizenship and Immigration Services, *et. al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

ORDER

Pending before the Court is Plaintiff's Motion to Dismiss (Document No. 5). Having considered the motion, submissions, and applicable law, the Court determines the motion should be granted. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion to Dismiss (Document No. 5) is **GRANTED.** The Court further

**ORDERS** that the above referenced case is hereby dismissed without prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2).

SIGNED at Houston, Texas, on this 31st day of August, 2026.

DAVID HITTNER
United States District Judge